**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1375**

———————

JEFF LARSON,

                                    Plaintiff - Appellant,

        versus

LIAM O'GRADY, Judge Federal Court; ANDREW,
U. S. Customs; UNITED STATES OF AMERICA,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria, James C. Cacheris, Senior
District Judge. (CA-05-70-JCC)

———————

Submitted:  June 9, 2005              Decided:  June 14, 2005

———————

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jeff Larson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jeff Larson appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. §§ 1915(e)(2)(B)(ii), (iii) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Larson v. O'Grady, No. CA-05-70-JCC (E.D. Va. Feb. 9, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED